UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

KA AND KM DEVELOPMENT, INC.,      CASE NO. 6:09-bk-06245-KSJ
CHAPTER 11

    Debtor.
_____/

CHARLES FLEMMING      ADV. PRO. CASE NO.: 6:10-ap-00004-KSJ

    Plaintiffs.

v.

KA AND KM DEVELOPMENT, INC.,
SUNTRUST BANK, AND
TITLECONCEPTS, LLC

    Defendants.
_____/

**TITLECONCEPTS, LLC'S MOTION TO DISMISS COUNTS VI,
VIII AND IX OF THE ADVERSARY COMPLAINT**

TITLECONCEPTS, LLC ("TitleConcepts"), by and through its undersigned counsel, hereby moves for the dismissal of Counts VI, VIII and IX the Adversary Complaint (the "Complaint") filed in the instant Adversary Proceeding, and states:

1. This Court has jurisdiction of this matter pursuant to Fed. R. Bank. P. 7012 and other applicable law.

2. The Complaint contains nine counts; however, only three of said counts - Count VI, alleging violations of §718.202 Fla. Stat., Count VIII, asserting an Action for Accounting, and Count IX, purporting to assert a claim for Priority Statutory or Equitable

Lien - are directed to TitleConcepts, and it is those three Counts, which TitleConcepts seeks to dismiss.

3. On or about May 6, 2009, the Debtor KA and KM Development, Inc. (the "Debtor") filed for relief under 11 U.S.C. Title 11, in that certain bankruptcy case styled as: *In Re: KA and KM Development, Inc., United States Bankruptcy Court for the Middle District of Florida, Case No.: 6:09-bk-06245-KSJ*, (the "Bankruptcy Case").

4. On or about September 14, 2009, the Official Committee of Unsecured Creditors (the "Committee") filed that certain *Unsecured Creditor Committee's Motion for Transfer of Custody (But Not Control) of its Constituents' Funded Escrow Deposits* (Bankruptcy Case Docket #90) (the "Turnover Motion").

5. On or about November 23, 2009, the Court entered that certain *Order Granting in Part and Denying in Part Unsecured Creditor Committee's Motion for Transfer of Custody (But Not Control) of its Constituents' Funded Escrow Deposits* (the "Turnover Order") (Bankruptcy Case Docket # 212).

6. The Turnover Motion sought the turnover by TitleConcepts as of the Old Escrow Account, as defined in the Turnover Order, to SunTrust Bank as Escrow Agent, and the Turnover Order directed TitleConcepts to turnover said Old Escrow Account.

7. The Turnover Order also provided that the then-pending adversary proceedings brought in this matter be dismissed without prejudice as they related to TitleConcepts. Counsel for the Plaintiff herein was present at the hearing where the terms of the Turnover Order were discussed.

8. TitleConcepts has complied with the terms of the Turnover Order by turning over the Old Escrow Account to SunTrust Bank as Escrow Agent. TitleConcepts

is no longer in possession of any escrow funds and should be dismissed from the instant Adversary Proceeding.

WHEREFORE, TitleConcepts, LLC, requests that this Court enter an Order dismissing this Adversary Proceeding as against TitleConcepts, LLC, and granting such other and further relief as is deemed just and proper.

/s/ *L. William Porter III*
L. William Porter III
Florida Bar No. 0116882
Lowndes, Drosdick, Doster,
    Kantor & Reed, P.A.
450 South Orange Avenue, Suite 800
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Fax No: (407) 843-4444
E-mail: bill.porter@lowndes-law.com
Attorneys for TitleConcepts, LLC

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 8th day of February 2010, to the extent that the foregoing, TITLECONCEPTS, LLC'S MOTION TO DISMISS COUNTS VI, VIII AND IX OF THE ADVERSARY COMPLAINT, was not served electronically via the CM/ECF System, I caused a copy of the same to be served via first class mail postage prepaid to the parties on the Service List Below

/s/ *L. William Porter III*
L. William Porter III

## SERVICE LIST

Charles Fleming Plaintiff
c/o Peter R. McGrath P.A.
801 N. Magnolia Ave
Ste. 317
Orlando, FL 32803

KA & KM Development, Inc.
c/o Elizabeth A. Green, Esq.
200 S. Orange Ave
Suite 2300
Orlando, FL 32801

SunTrust Bank
c/o Jules S. Cohen, Esq.
Akerman Senterfitt
420 S. Orange Ave.
Suite 1200
Orlando, FL 32802